[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-2269

FRIEDRICH LU,

Plaintiff, Appellant,

v.

HARSHBARGER, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge] 

Before

Torruella, Chief Judge, 
Boudin and Stahl, Circuit Judges. 

Friedrich Lu on brief pro se. 
Scott Harshbarger, Attorney General, and Juliana deHaan Rice, 
Assistant Attorney General, on appellees' motion for summary
disposition and memorandum of law.

February 2, 1998


Per Curiam. Upon review of the record and consideration 

of the arguments raised in appellant's briefs and the

appellees' motion for summary disposition, we perceive no

substantial reason to overturn the order of dismissal.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-